### Jack BURDEN v. STATE.
No. 17466.

Court of Criminal Appeals of Texas.
Jan. 16, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Isaac BYRD v. STATE.
No. 17129.

Court of Criminal Appeals of Texas.
Jan. 16, 1935.

W. P. Mahaffey, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, ninety-nine years in the penitentiary.

The record in this case contains no statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

### Arthur DAVIS v. STATE.
No. 17170.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Harvey P. Shead, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is receiving and concealing stolen property; the punishment, confinement in the penitentiary for five years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.